IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.3:10CR 124 |
| ) | |
| vs. ) | |
| ) | |
| (1) DREW SHARREFF-EL ) | |
|     a/k/a "MACK AHIZI" ) | |
| (2) ERICKA L. FLOOD ) | |
|     a/k/a "ERICKA LOMICK" ) | |
| (3) TODD C. SNEAD ) | |
| (4) STEPHEN E. CARR ) | |
| (5) ALICIA RENEE TAYLOR ) | |
| (6) VIC F. HENSON ) | |
|     f/n/a "VIC F. GRAY" ) | ORDER TO SEAL |
| (7) LANDRICK O.A. MCCLAIN ) | |
| (8) JAMILIA N. BROWN ) | |
| (9) BONNIE S. RAMEY ) | |
| (10) SARENA A. MOBLEY ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrant and the Motion to Seal the Bill of Indictment be sealed until the defendants have been arrested.

This the 16 day of June, 2010.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE