UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) DOCKET NO. 3:10CR214-W |
| v. | ) |
| | ) |
| (1) DREW SHARREFF-EL <br> a/k/a "MACK AHIZI" <br> (2) ERICKA L. FLOOD <br> a/k/a "ERICKA LOMICK" <br> (3) TODD C. SNEAD <br> (4) STEPHEN E. CARR <br> (5) ALICIA RENEE TAYLOR <br> (6) VIC F. HENSON <br> f/n/a "VIC F. GRAY" <br> (7) LANDRICK O.A. MCCLAIN <br> (8) JAMILIA N. BROWN <br> (9) BONNIE S. RAMEY <br> (10) SARENA A. MOBLEY | ) <br> ) <br> ) <br> ) <br> ) <br> ) ORDER TO UNSEAL <br> ) <br> ) <br> ) <br> ) |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order unsealing the Bill of Indictment in the above referenced case, and it appearing to the Court that said the reasons for sealing the Bill of Indictment no longer exist;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-numbered case be unsealed.

This the 17th day of June, 2010.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE

3